EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Integración de Salas de Verano | 2021 TSPR 82 <br><br> 207 DPR \_\_\_\_ |

Número del Caso:  ES-2021-01

Fecha: 11 de junio de 2021

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


INTEGRACIÓN DE SALAS DE VERANO      ES-2021-01


RESOLUCIÓN


En San Juan, Puerto Rico, a 11 de junio de 2021.

De conformidad con la Regla 4(d) del Reglamento de este Tribunal, 4 LPRA Ap. XXI-B, culminada la presente sesión, se constituyen las siguientes salas para funcionar durante el receso de verano:


Del 1 de julio al 15 de agosto de 2021:

Hon. Maite D. Oronoz Rodríguez, Presidenta
Hon. Mildred G. Pabón Charneco
Hon. Edgardo Rivera García
Hon. Luis F. Estrella Martínez


Del 16 de agosto al 30 de septiembre de 2021:

Hon. Rafael L. Martínez Torres, Presidente
Hon. Erick V. Kolthoff Caraballo
Hon. Roberto Feliberti Cintrón
Hon. Ángel Colón Pérez


De surgir un empate en la votación de alguna de las Salas de Despacho, se designará a otra Jueza u otro Juez que no forme parte de esa Sala.

El Tribunal continuará certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              José Ignacio Campos Pérez
                           Secretario del Tribunal Supremo